UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

Civil Action No. 05-7-HRW

TAMMY R. DeBOARD,                                             PLAINTIFF,

v.                              **JUDGMENT**

JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,                 DEFENDANT.

In conformity with the Memorandum Opinion and Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A. pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B. the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby;

C. this action is **STRICKEN** from the active docket of the Court.

This 11th day of October, 2005.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge

HENRY R. WILHOIT, JR.
SENIOR U. S. DISTRICT JUDGE